NDFL Prob 35  
(1/92)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V

Crim. No. 3:07mj89/MD

STEVE C. BROWN

On April 24, 2007 the above-named was placed on probation for a period of one (1) year. He has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Steve C. Brown be discharged from probation.

Respectfully submitted,

*Francine Ware*  
Francine Ware  
United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this 17TH day of December, 2007.

*Miles Davis*  
Miles Davis  
United States Magistrate Judge

07 DEC 18 AM 9:55